JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant Lina Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>v.<br><br>LINA RODRIGUEZ<br><br>   Defendant. | 25-70110 MAG<br><br>STIPULATION TO CONTINUE ARRAIGNMENT ON INFORMATION AND ORDER<br><br>HON. THOMAS S. HIXSON<br><br>UNITED STATES MAGISTRATE JUDGE |

IT IS HEREBY STIPULATED by the parties to this action that the hearing currently set for May 18, 2026 for defendant to be arraigned on an information is vacated and continued to May 19, 2026 for the same purpose. Undersigned counsel conferred with AUSA Jeffrey Bornstein, and he agrees to this stipulation.

The parties further stipulate to an exclusion of time under the Speedy Trial Act and Rule 5.1 regarding indictment, to and including May 19, 2026.

DATED: May 15, 2026                  /S/

                                  _____
                                    KARTHIK RAJU
                                    Assistant Federal Public Defender

DATED: May 15, 2026                                    /S/

_____

JEFFREY BORNSTEIN
Assistant United States Attorney

**<u>ORDER</u>**

IT IS HEREBY ORDERED that hearing currently set for May 18, 2025 is vacated and

reset to May 19, 2025 and time is excluded under the Speedy Trial Act and Rule 5.1.

IT IS SO ORDERED.

DATED: _May 15, 2026                    _____
                                        HON. THOMAS S. HIXSON
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue
Rodriguez – 25-70110 MAG